| | | | |
|---|---|---|---|
| J.P.W. v. A.N.H. [87] .. | 01/20/2016 | 465 WAL (2015) | Denied | Pa.Super., 134 A.3d 109 |
| K.A.N. v. J.A.N. [88] .. | 12/30/2015 | 858 MAL (2015) | Denied | Pa.Super., 133 A.3d 63 |
| K.T. v. H.T. [89] ...... | 12/30/2015 | 449, 450 WAL (2015) | Denied | Pa.Super., 134 A.3d 101 |
| Kennedy v. Consol Energy, Inc. [90] .... | 12/31/2015 | 197 WAL (2015) | Denied | Pa.Super., 116 A.3d 626 |
| McCloskey v. Cem-line Corp.; PPG Industries, Inc., In re [91] ............ | 12/29/2015 | 380, 381 WAL (2015) | Denied | Pa.Super., 122 A.3d 1135 |
| McDonald v. Whitewater Challengers, Inc. [92]........... | 12/31/2015 | 419, 420 MAL (2015) | Denied | Pa.Super., 116 A.3d 99 |
| Mohney v. American General Life Ins. Co. .............. | 12/08/2015 | 302 & 303 WAL (2015) | Denied | Pa.Super., 116 A.3d 1123 |
| Moskowitz, In re Estate of; Fein, In re [93] ............ | 12/11/2015 | 580 MAL (2015) | Denied | Pa.Super., 115 A.3d 372 |
| Perrone v. Rose City HMA, Inc. ....... | 12/08/2015 | 545 MAL (2015) | Denied | Pa.Super., 121 A.3d 1126 |

87. Justice EAKIN did not participate in the consideration or decision of this matter.

88. Justice EAKIN did not participate in the decision of this matter.

89. Justice EAKIN did not participate in the decision of this matter.

90. Justice EAKIN did not participate in the decision of this matter.

91. Justice EAKIN did not participate in the decision of this matter.

92. Justice EAKIN did not participate in the decision of this matter.

93. Reconsideration Denied January 29, 2016.